DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jones<br><br>Case below:<br>177 N.C. App. 269 | No. 238P06 | 1.  AG's Motion for Temporary Stay (COA05-901) | 1. Allowed<br>**05/08/06**<br>360 N.C. 541<br>Stay Dissolved<br>**08/17/06** |
| | | 2.  AG's Petition for Writ of Supersedeas | 2.Denied<br>8/17/06 |
| | | 3.  AG's PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>8/17/06 |
| State v. Locklear<br><br>Case below:<br>175 N.C. App. 795 | No. 108P06 | 1.  Def's (Locklear, Sr.) PDR Under N.C.G.S. § 7A-31 (COA05-479) | 1. Denied<br>8/17/06 |
| | | 2.  Def's (Locklear, Jr.) PDR Under N.C.G.S. § 7A-31 | 2. Denied<br>8/17/06 |
| State v. Locklear<br><br>Case below:<br>178 N.C. App. 732 | No. 430P06 | AG's Motion for Temporary Stay (COA05-509) | Allowed<br>08/17/06 |
| State v. Love<br><br>Case below:<br>177 N.C. App. 614 | No. 353P06 | 1.  Def's (Toby Love) PDR Under N.C.G.S. § 7A-31 (COA05-1237) | 1. Denied<br>8/17/06 |
| | | 2.  Def's (Ronnie Love) PDR Under N.C.G.S. § 7A-31 | 2. Denied<br>8/17/06 |
| | | 3.  Def's (Tino Love) PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>8/17/06 |
| State v. Moore<br><br>Case below:<br>174 N.C. App. 367 | No. 670P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1482) | Denied<br>8/17/06 |
| State v. Moore<br><br>Case below:<br>173 N.C. App. 494 | No. 253P06-2 | Motion by Defendant for Petition of Habeas Corpus in Motion to Resubmit Petition of Motion for Appropriate Relief/Certiorari (COA04-642) | Denied<br>07/26/06 |
| State v. Page<br><br>Case below:<br>169 N.C. App. 127 | No. 373P06 | Def's Petition for Writ of Habeas Corpus (COA04-452) | Denied<br>07/14/06 |
| State v. Porter<br><br>Case below:<br>178 N.C. App. 235 | No. 341P06 | Defendant-Appellant's PWC to Review Decision of the COA (COA05-1288) | Denied<br>8/17/06 |
| State v. Ridley<br><br>Case below:<br>177 N.C. App. 463 | No. 272P06 | AG's Motion for Temporary Stay (COA03-1543) | Allowed<br>05/18/06 |